UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

        Plaintiffs,                               Case No. 20-cv-10674
                                               Hon. Matthew F. Leitman

v.

CORIZON MEDICAL SERVICES, *et al.*,

        Defendants.

_____/

## ORDER EXTENDING PLAINTIFF'S TIME TO REPLY

On March 12, 2020, Plaintiff Edward Albert Stenberg, a prisoner in the custody of the Michigan Department of Corrections at the Woodland Center Correctional Facility, filed this *pro se* civil rights action. (*See* Compl., ECF No. 1.) Also on March 12, 2020, Stenberg filed a motion for a preliminary injunction directing Defendants to provide Stenberg with proper medical care and pain management. (*See* Mot. for Prelim. Inj., ECF No. 3.) The Michigan Department of Corrections (the "MDOC") filed a response to Stenberg's motion on May 15, 2020. (*See* MDOC Resp., ECF No. 7.) On May 26, 2020, Stenberg's sister, Monica L. Rowe, submitted a letter to the Court explaining that Stenberg had been transferred to a hospital due to severe pain and requesting a time extension for Stenberg to reply to the MDOC's response. (*See* 5/25/20 Rowe Letter, ECF No. 8.)

1

The Court will extend Stenberg's time to reply to the MDOC's response.

Accordingly, Stenberg shall have until **AUGUST 5, 2020**, to file his reply brief.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 8, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 8, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764