UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

     Plaintiff,

v.

CORIZON HEALTH, INC., *et al.*,

     Defendants.

_____/

Case No. 20-cv-10674
Hon. Matthew F. Leitman

## ORDER HOLDING ALL RESPONSES TO COMPLAINT AND FILED MOTIONS IN ABEYANCE

On September 8, 2020, the Court held an on-the-record video status conference in this action.  For the reasons explained during the status conference, and until further order of the Court, no party (including parties that have not yet been served with the Complaint) need either (1) answer or otherwise respond to the Complaint or (2) file a response to any pending motion in this action.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 8, 2020

1

       I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 8, 2020, by electronic means and/or ordinary mail.

                                           s/Holly A. Monda
                                         Case Manager
                                         (810) 341-9764