UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,

Case No. 20-cv-10674
Hon. Matthew F. Leitman

v.

CORIZON HEALTH, INC., *et al.*,

    Defendants.

_____/

## ORDER HOLDING IN ABEYANCE PLAINTIFF'S RESPONSE TO DEFENDANT ERICA HERMAN'S MOTION TO DISMISS (ECF No. 59)

On October 2, 2020, Defendant Erica Herman filed a motion to dismiss the claims brought against her by Plaintiff Edward Albert Stenberg. (*See* Mot. to Dismiss, ECF No. 59.) In light of the ongoing efforts to resolve this matter, Stenberg need not respond to the motion to dismiss until further order of the Court.

**IT IS SO ORDERED**.

                                                            s/Matthew F. Leitman
                                                            MATTHEW F. LEITMAN
                                                            UNITED STATES DISTRICT JUDGE

Dated: October 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 6, 2020, by electronic means and/or ordinary mail.

                                                            s/Holly A. Monda
                                                            Case Manager
                                                            (810) 341-9764