UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,

v.

CORIZON HEALTH, INC., *et al.*,

    Defendants.

Case No. 20-cv-10674
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE (ECF No 62)

On October 23, 2020, Plaintiff Edward Albert Stenberg filed a motion to permit him to serve Defendant Gregory Fuller with the Complaint by registered mail. (*See* Mot., ECF No. 62.) The Court has reviewed the motion and supporting documents, and for all of the reasons stated in Stenberg's motion, the motion is **GRANTED**. Stenberg may serve Fuller with the Complaint by registered mail (return receipt not required). Stenberg shall also serve Fuller with a copy of this order when he serves Fuller with the Complaint. Fuller need not file an answer or otherwise respond to the Complaint until further order of the Court.

    **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: October 26, 2020

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2020, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda  
                                        Case Manager  
                                        (810) 341-9764