UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,                                Case No. 20-cv-10674
                                                                           Hon. Matthew F. Leitman
v.

CORIZON HEALTH, INC., *et al.*,

    Defendants.

_____/

## ORDER ON STATUS CONFERENCE

On November 30, 2020, the Court held an on-the-record video status conference with counsel for all parties and with Plaintiff Edward Albert Stenberg. As discussed on the record with counsel and with Mr. Stenberg, **IT IS HEREBY ORDERED** as follows:

- Counsel for Mr. Stenberg and counsel for the Corizon Defendants shall arrange for the consulting physician engaged by Mr. Stenberg's counsel to communicate with the Corizon medical professionals overseeing Mr. Stenberg's medical treatment.  The communications shall address Mr. Stenberg's medical condition and whether it is possible for the parties to agree upon a modification to Mr. Stenberg's current plan of care.  Any such discussions shall be considered settlement negotiations pursuant to Federal

1

Rule of Evidence 408. No statements made during these discussions may be used by or against any party during the litigation phase of this action.

- Mr. Stenberg may file a First Amended Complaint by no later than **January 18, 2021**. If Mr. Stenberg files a First Amended Complaint, the Court will terminate Defendants' currently pending dispositive motions (*see* Mots., ECF Nos. 37, 59) as moot.

- In the event that Mr. Stenberg files a First Amended Complaint, no Defendant need answer or otherwise respond to that pleading until further order of the Court.

- Following the completion of the discussions between the medical professionals identified above, the Court will convene a status conference to discuss next steps in this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 30, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764