UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,

v.

                                  Case No. 20-cv-10674
                                  Hon. Matthew F. Leitman

CORIZON HEALTH, INC., *et al.*,

    Defendants.

_____/

**<u>ORDER TERMINATING WITHOUT PREJUDICE (1) PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION (ECF No. 3) AND (2) PLAINTIFF'S MOTION FOR AN EMERGENCY HEARING (ECF No. 14)</u>**

    Plaintiff Edward Albert Stenberg is a state prisoner in the custody of the Michigan Department of Corrections. On March 12, 2020, Stenberg filed a *pro se* prisoner civil-rights action in which he brings claims arising out of medical treatment that he received while incarcerated. (*See* Compl., ECF No. 1.) Stenberg also filed two motions: (1) a motion for a preliminary injunction (ECF No. 3) and (2) a motion for an emergency hearing on his request for a preliminary injunction (ECF No. 14).

    Since the time that Stenberg filed these motions, the Court has appointed Stenberg *pro bono* counsel (*see* Order, ECF No. 16), and appointed counsel and counsel for Defendants have been working cooperatively to determine whether they can agree upon a course of medical care going forward for Stenberg. In addition,

1

Stenberg has indicated that he is likely to file a First Amended Complaint. (*See* Order, ECF No. 72.)

Given these developments it appears likely that Stenberg's motion for a preliminary injunction would need to be supplemented and updated by Stenberg's *pro bono* counsel. Accordingly, the Court will **TERMINATE WITHOUT PREJUDICE** both Stenberg's motion for a preliminary injunction (ECF No. 3) and Stenberg's motion for an emergency hearing on that motion (ECF No. 14). Stenberg may re-file his preliminary injunction motion, if necessary and/or appropriate, after this current phase of the case concludes, and after he files a First Amended Complaint.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  February 18, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 18, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764