UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,

v.

Case No. 20-cv-10674
Hon. Matthew F. Leitman

CORIZON HEALTH, INC., *et al.*,

    Defendants.

_____/

## ORDER SETTING BRIEFING SCHEDULE

On March 17, 2021, the Court held an on-the-record video status conference with counsel for all parties. As discussed on the record with counsel, **IT IS HEREBY ORDERED** as follows:

- Defendants may file a motion to dismiss and/or for summary judgment on **April 9, 2021**;

- Plaintiff Edward Albert Stenberg may renew his motion for injunctive relief on **April 9, 2021**;

- All responses to all motions – including the renewed motion for summary judgment previously filed by Defendants Corizon Health, Inc., Anhkeit Tran,

1

Tana Hill, and Matthew Kasper[1] (*see* Mot., ECF No. 77) – shall be filed by no later than **June 9, 2021**; and

- All reply briefs for all motions shall be filed by no later than **June 30, 2021**.

**IT IS SO ORDERED**.

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: March 17, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 17, 2021, by electronic means and/or ordinary mail.

                                            s/Holly A. Monda
                                            Case Manager
                                            (810) 341-9764

---

[1] The Court **TERMINATES AS MOOT** the initial motion for summary judgment filed by these Defendants. (*See* Mot., ECF No. 37.)