UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,

v.

CORIZON HEALTH, INC., *et al.*,

    Defendants.
_____/

Case No. 20-cv-10674
Hon. Matthew F. Leitman

## ORDER TERMINATING DEFENDANT ERICA HERRMAN'S MOTION TO DISMISS AS MOOT (ECF No. 59)

On October 2, 2020, Defendant Erica Herrman filed a motion to dismiss the claims brought against her in Plaintiff Edward Albert Stenberg's Complaint. (*See* Mot. to Dismiss, ECF No. 59.) After Herrman filed that motion, Stenberg filed a First Amended Complaint. (*See* First Am. Compl., ECF No. 74.) And Herrman has now filed a motion for summary judgment with respect to the claims raised in that amended pleading. (*See* Mot. for Summ. J., ECF No. 88.) Accordingly, Herrman's initially-filed motion to dismiss is now moot. The Court therefore **TERMINATES** that motion (ECF No. 59) **WITHOUT PREJUDICE AS MOOT**.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 28, 2021

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 28, 2021, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda
                                                Case Manager
                                                (810) 341-9764