UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,                            Case No. 20-cv-10674
                                                Hon. Matthew F. Leitman
v.

CORIZON HEALTH, INC., *et al.*,

    Defendants.
_____/

## ORDER ON STATUS CONFERENCE

On July 24, 2023, the Court held an on-the-record status conference in this action with counsel for all parties. For the reasons discussed during the status conference, **IT IS HEREBY ORDERED** as follows:

- The oral motion by attorney Nicholas Pillow on behalf of himself, attorney Jonathan C. Lanesky, and the Chapman Law Group to withdraw as counsel for Defendants Corizon Health, Inc., Dr. Hutchinson, Danielle S. Alfred, Dr. Ankhiet Tran, Trans Boss Schmidt, and Matthew Kasper is **GRANTED**. The appearance of Pillow, Lanesky, and the Chapman Law Group on behalf of those Defendants is **TERMINATED**. By no later than **August 1, 2023**, Pillow shall (1) serve a copy of this Order on each of the Defendants identified in this paragraph by First Class Mail at the Defendants' last known address (and, if possible, by email) and (2) file a Proof of Service on the docket of this

1

action that he has complied with this service requirement. Finally, by no later than **September 8, 2023**, new counsel shall file an appearance for each Defendant identified in this paragraph. If a Defendant identified in this paragraph does not obtain new counsel by that date, that Defendant shall file a written notice with the Court that the Defendant plans to represent himself or herself in this action and shall provide the Court current contact information so that the Court may administer this action.[1]

- Plaintiff's motion for leave to file a Second Amended Complaint (ECF No. 143) is **TERMINATED WITHOUT PREJDUICE**. Counsel may renew the motion by filing a notice of renewal with the Court at any time. Counsel need not re-file the motion when he seeks to renew the motion.

- Plaintiff is granted leave to file a motion updating the Court on the status of his proposed Second Amended Complaint. Plaintiff shall file that motion by no later than **September 25, 2023**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 25, 2023

---

[1] The Court notes that unlike the individual Defendants, because Corizon Health, Inc. is a corporate entity, it cannot represent itself and must obtain new counsel. *See*, *e.g.*, *National Labor Relations Board v. Consol. Food Servs., Inc.,* 81 F. App'x 13 n. 1 (6th Cir. 2003) (explaining that "[t]he law is well-settled that a corporation [or business entity] may appear in federal courts only through licensed counsel").

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 25, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
