UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,

v.

                            Case No. 20-cv-10674
                            Hon. Matthew F. Leitman

CORIZON HEALTH, INC., *et al.*,

    Defendants.
_____/

## ORDER TERMINATING WITHOUT PREJUDICE DR. PATRICIA SCHMIDT, DR. CRAIG HUTCHINSON, AND PHYSICIAN ASSISTANT DANIELLE ALFRED AS DEFENDANTS

    Plaintiff Edward Albert Stenberg initially filed a *pro se* Complaint this action on March 12, 2020, against several Defendants, including Dr. Patricia Schmidt, Dr. Craig Hutchinson, and physician assistant Danielle Alfred. (*See* Compl., ECF No. 1.) Stenberg, through appointed counsel, filed an Amended Complaint on March 3, 2021. (*See* Am. Compl., ECF No. 74.) In the Amended Complaint, Stenberg has not brought any claims against Dr. Schmidt, Dr. Hutchinson, or Alfred. (*See id.*) Accordingly, the Court **TERMINATES** Dr. Schmidt, Dr. Hutchinson, and Alfred as Defendants in this action **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

Dated: August 2, 2023                s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2023, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126