UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

    Plaintiff,                                      Case No. 20-cv-10674
                                                              Hon. Matthew F. Leitman

v.

CORIZON HEALTH, INC., *et al.*,

    Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION TO FILE
A SECOND AMENDED COMPLAINT (ECF No. 165)**

On April 15, 2024, Plaintiff Edward Albert Stenberg filed a motion seeking leave to file a Second Amended Complaint in this action.[1] (*See* Mot., ECF No. 165.) The Court directed Defendants to respond to the motion by May 6, 2024. (*See* Dkt.) The only Defendants to do so were those Defendants employed by the Michigan Department of Corrections (the "MDOC Defendants"). (*See* Resp., ECF No. 166.) In that response, the MDOC Defendants raised a single objection Stenberg's motion. More specifically, the MDOC Defendants argued that Stenberg's proposed Count III improperly named as Defendants nurse Halee Jordan and Health Unit Manager Richard Harbaugh because the Court had previously dismissed the claims in that

---

[1] The Court concludes that it may resolve Stenberg's motion without a hearing. *See* E.D. Mich. Local Rule 7.1(f)(2).

Count against Jordan and Harbaugh. (*See id.*)  In his reply brief, Stenberg conceded that the Court had dismissed those claims, and he agreed to "withdraw[] his request to add Defendants Jordan and Harbaugh back to his second amended Count III." (Reply, ECF No. 167, PageID.3271.)

Accordingly, as there are no outstanding objections to Stenberg's proposed filing of a Second Amended Complaint, Stenberg's motion to file that pleading (ECF No. 165) is **GRANTED**.  Stenberg shall file his Second Amended Complaint – omitting Defendants Jordan and Harbaugh from Count III – by no later than **October 28, 2024**.  Defendants may answer or otherwise respond to the Second Amended Complaint by no later than **November 25, 2024**.

**IT IS SO ORDERED.**

Dated: October 17, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126