IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| EDWARD ALBERT STENBERG, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CASE NO. 4:20-cv-10674-MFL-APP |
| CORIZON HEALTH, INC., et al, | § § § | |
| Defendants. | § § | |

**STIPULATION OF PARTIAL DISMISSAL AGAINST CORIZON HEALTH, INC., CHS TX, INC. AND YESCARE, INC. WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Edward Albert Stenberg requests that all claims asserted against Defendants Corizon Health, Inc., CHS TX, Inc. and YesCare, Inc. be dismissed without prejudice based on Corizon's (n/k/a Tehum Care Services) representation that these claims are subject to an automatic stay under 11 U.S.C. § 362 in Corizon's pending bankruptcy (S.D. Tex. 23-90086). A proposed order is attached as Exhibit A and will be concurrently submitted through the PACER utility.

        Respectfully submitted,

        Brooks Wilkins Sharkey & Turco

        <u>/s/ Michael R. Turco (P48705)</u>
        401 S. Old Woodward Avenue, Suite 400
        Birmingham, Michigan 48009
        248.971.1800
        turco@bwst-law.com

Date: March 26, 2025        *Counsel for Edward Stenberg*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of the filing to all counsel of record.

    /s/ Michael R. Turco (P48705)
401 S. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
248.971.1800 / turco@bwst-law.com

*Counsel for Stenberg*