UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EDWARD ALBERT STENBERG,

      Plaintiff,

vs.

CORIZON HEALTH, INC., et al,

      Defendants.

Case No. 4:20-cv-10674
Hon. Matthew F. Leitman

_____/

**ORDER FOLLOWING APRIL 11, 2025
<u>STATUS CONFERENCE</u>**

Following a status conference with this Court on April 11, 2025, and being fully apprised on the status of this case, this Court orders as follows:

1. The Stipulated Order of Partial Dismissal Against CHS TX, Inc. and YesCare, Inc. (ECF No. 187) is vacated;

2. The Court authorizes issuance of a summons for Defendant Keith Papendick, M.D., a new defendant added to this case through Edward Stenberg's Second Amended Complaint (ECF No. 170);

3. Stenberg shall appear for a deposition by all defendants within 60 days after entry of this order, subject to any restrictions on his availability due to solitary confinement or other restriction imposed by the Michigan Department of Corrections;

4. Within 30 days after completion of Stenberg's deposition, each Defendant that intends to move for summary judgment must meet and confer with Stenberg's counsel to discuss the basis for said motion;

5. Stenberg must advise the Court after he completes the meet and confer conferences referenced in ¶4 above, at which time the Court will set a status conference to discuss (i) whether Stenberg intends to join Defendants' motions for summary judgment without conducting additional discovery or (ii) whether Stenberg or other party requests specific additional discovery before Defendants move for summary judgment;

6. This Court will decide whether to allow additional discovery and the schedule for that discovery after it rules on Defendants' initial motions for summary judgment; and

7. Nothing in this order prejudices any parties' right to seek leave to file more than one motion for summary judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2025

-3-

Stipulate to entry:

*/s/ Michael R. Turco*
Michael R. Turco (P48705)
Attorney for Edward A. Stenberg

*/s/ Sara E. Trudgeon (w/permission)*
Sara E. Trudgeon (P82155)
Attorney for MDOC Defendants

*/s/ Rhonda R. Stowers (w/permission)*
Rhonda R. Stowers (P64083)
Attorney for Defendant Herman

*/s/ Michael W. Stephenson (w/permission)*
Michael W. Stephenson (P48977)
Attorney for Defendant Dr. Fuller

*/s/ Thomas G. Hackney (w/permission)*
Thomas G. Hackney (P 81283)
Attorney for Defendant Hill