UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EDWARD ALBERT STENBERG,

        Plaintiff,

vs.

        Case No. 4:20-cv-10674
        Hon. Matthew F. Leitman

CORIZON HEALTH, INC., et al,

        Defendants.
_____/

## STIPULATED ORDER TO ADJOURN
## DEADLINE FOR MR. STENBERG'S DEPOSITION

This matter is before the Court on the parties' stipulation. The parties held Plaintiff's deposition on June 9, 2025. Due to concerns about Plaintiff being able to continue the deposition after approximately three hours, the parties agreed to adjourn the deposition and continue at a later date. The continuation of Plaintiff's deposition was set for July 2, 2025. However, shortly thereafter, Plaintiff's counsel became aware that new counsel would soon appear for Defendants CHS Tx and YesCare. The parties agree to delay the completion of Plaintiff Edward Stenberg's deposition to accommodate new counsel who will be appearing for Defendants CHS Tx and YesCare. This Court, being so informed, states as follows:

**IT IS HEREBY ORDERED** that Stenberg's deposition shall be completed by July 31, 2025, subject to any restrictions on his availability due to solitary

-2-

confinement or other restriction imposed by the Michigan Department of Corrections.

**IT IS SO ORDERED**.

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated:  June 24, 2025


Stipulate to entry:

*/s/ Michael R. Turco*
Michael R. Turco (P48705)
Attorney for Edward A. Stenberg

*/s/ Sara E. Trudgeon (w/permission)*
Sara E. Trudgeon (P82155)
Attorney for MDOC Defendants

*/s/ Rhonda R. Stowers (w/permission)*
Rhonda R. Stowers (P64083)
Attorney for Defendant Herman

*/s/ Michael W. Stephenson (w/permission)*
Michael W. Stephenson (P48977)
Attorney for Defendant Dr. Fuller

*/s/ Connor McLaughlin (w/permission)*
Connor McLaughlin (P83229)
Attorney for Defendant Hill