UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EDWARD ALBERT STENBERG,

       Plaintiff,

vs.

CORIZON MEDICAL SERVICES,
INC., et. al.,

       Defendants.

Case No. 4:20-cv-10674
Hon. Matthew F. Leitman
Mag. Judge Anthony P. Patti

**MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF EDWARD STENBERG**

Brooks Wilkins Sharkey & Turco PLLC moves to withdraw as counsel for Plaintiff Edward pursuant to MRPC 1.16, and in support of this motion states:

1. Brooks Wilkins Sharkey & Turco PLLC ("BWST") represents Plaintiff Edward Stenberg in this prisoner rights case.

2. The Michigan Rules of Professional Conduct require a lawyer to withdraw if certain conditions exist, including where "the client insists upon pursing an objective that the lawyer considers repugnant or imprudent" or where "other good cause for withdrawal exits." MRPC 1.16(b)(3),(6).

3. Without imputing Mr. Stenberg with any negative intent, the fact of the matter is that Mr. Stenberg and BWST disagree over the strategy and course of this litigation. As a result, BWST, through the undersigned, wrote to Mr. Stenberg,

1

explained this impasse, and gave Mr. Stenberg more than one week to consider his options. Mr. Stenberg has elected to proceed without BWST's assistance.

4. Mr. Stenberg, therefore, has been advised that BWST will seek an order authorizing it to withdraw as his counsel in this matter. BWST understands that Mr. Stenberg has no objection to this motion.

5. Withdrawing at this juncture will not have a material adverse effect on Mr. Stenberg because there has not yet been an adjudication of his rights, the Court has not set a date for a final trial on the merits, and Mr. Stenberg will have an opportunity to pursue the course he deems best for his claim before trial in this matter.

WHEREFORE, BWST respectfully asks this Court to enter an order that:

A. Confirms BWST withdraws from representing Plaintiff Edward Stenberg immediately upon entry of the Court's order; and

B. Setting this matter for a status conference at which Mr. Stenberg may appear remotely.

A proposed order is attached at Exhibit A.

### BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF EDWARD STENBERG

BWST relies on MRPC 1.16 and the facts stated above as its brief in support of this motion.

Date: September 11, 2025            Respectfully submitted,
                                    Brooks Wilkins Sharkey & Turco PLLC

                        By:     /s/ Michael R. Turco
                                Michael R. Turco (P48705)
                                401 S. Old Woodward Avenue, Ste. 400
                                Birmingham, Michigan 48009
                                (248) 971-1713
                                turco@bwst-law.com
                                Attorney for Mr. Stenberg

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of the filing to all counsel of record.

  /s/ Michael R. Turco (P48705)
401 S. Old Woodward Avenue, Suite 400
Birmingham, Michigan 48009
248.971.1800 / turco@bwst-law.com

*Counsel for Stenberg*