UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EDWARD ALBERT STENBERG,

      Plaintiff,

vs.

CORIZON MEDICAL SERVICES,
INC., et. al.,

      Defendants.

Case No. 4:20-cv-10674
Hon. Matthew F. Leitman

**ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFF EDWARD STENBERG**

This matter is before the Court on Brooks Wilkins Sharkey & Turco PLLC's ("BWST") motion to withdraw as counsel for Plaintiff Edward Stenberg, and being fully apprised on the status of this matter, this Court states:

**IT IS HEREBY ORDERED**:

1. BWST withdraws as counsel for Plaintiff Edward Stenberg on entry of this order; and

2. The Court will set this matter for a status conference and Mr. Stenberg will have an opportunity to appear remotely at that conference.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2025

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 11, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
