UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

     Plaintiff,

v.

CORIZON HEALTH, INC., *et al.*,

     Defendants.

Case No. 20-cv-10674
Hon. Matthew F. Leitman

_____/

## ORDER (1) GRANTING DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (ECF No. 220); (2) STAYING ACTION WITH RESPECT TO DEFENDANTS CHS TX, INC. AND YESCARE CORP. ONLY, AND (3) DIRECTING DEFENDANT KEITH PAPENDICK TO OBTAIN NEW COUNSEL OR FILE A NOTICE THAT HE INTENDS TO REPRESENT HIMSELF

On April 17, 2026, attorneys Sunny Rehsi, Adam M. Masin, and Rachel B. Weil, counsel of record for Defendants CHS TX, Inc., YesCare Corp., and Keith Papendick, filed a motion to withdraw as Defendants' counsel. (*See* Mot., ECF No. 220.)   Counsel explained that "[t]here [has been] a complete breakdown in communications concerning the financial burden placed on [counsel] amounting to irreconcilable differences with [CHS TX, Inc., YesCare Corp., and Papendick] such that counsel is unable to continue defending [those Defendants] moving forward." (*Id.*, PageID.3865.)

1

For the reasons explained in the motion, counsel's request to withdraw is **GRANTED**.  The appearances of Rehsi, Masin, and Weil on behalf of CHS TX, Inc., YesCare Corp., and Papendick are therefore **TERMINATED**.

In addition, the Court **ORDERS** as follows:

- By no later than **<u>May 25, 2026</u>**, Rehsi, Masin, or Weil shall (1) serve a copy of this order on CHS TX, Inc., YesCore Corp., and Papendick by (a) email (if possible) and (b) First Class Mail at Defendants' last known email and mailing addresses and (2) file a Certificate of Service on the docket confirming that service has been completed as directed;

- By no later than **<u>June 22, 2026</u>**, Papendick shall either (1) have new counsel file an Appearance in this action on his behalf or (2) file a notice with the Court that he will be representing himself *pro se* in this action.  If new counsel does not file an Appearance on Papendick's behalf, or if Papendick does not file a notice as directed above that he will be representing himself, the Court may enter a default and/or default judgment against him; and

- Finally, based on the Suggestion of Bankruptcy filed on May 11, 2026 (*see* ECF No. 223), the Court **STAYS** all proceedings against Defendants CHS TX, Inc. and YesCare Corp. **<u>only</u>**.

This action will proceed as previously scheduled with respect to all other Defendants.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 14, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 14, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126