UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD ALBERT STENBERG,

      Plaintiff,

v.

CORIZON HEALTH, INC., *et al.*,

      Defendants.

Case No. 20-cv-10674
Hon. Matthew F. Leitman

_____/

## **ORDER CONFIRMING PRETRIAL CONFERENCE DETERMINATIONS AND SETTING SCHEDULE**

On June 12, 2026, the Court held a virtual pretrial conference in this case.  For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

(1) All Defendants who have previously served motions for summary judgment shall re-serve them on Plaintiff Stenberg with the required QR code on the envelope, as discussed at the conference.  Those Defendants shall complete such service by **Monday, June 22, 2026**.

(2) Defendants Cook and Van Brown shall file their motion for summary judgment by not later than **Monday, July 13, 2026**.

(3) Plaintiff Stenberg may take discovery until **Monday, November 9, 2026**. Defendants may also conduct discovery during this time.

1

(4) Plaintiff shall respond to all then-pending summary judgment motions by

**Monday, February 8, 2027** (90 days after the close of discovery).

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 12, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2